## CASE ANNOUNCEMENTS

*November 16, 2009*

[Cite as *11/16/2009 Case Announcements #2*, 2009-Ohio-6053.]

## MOTION AND PROCEDURAL RULINGS

**2006–1502. State v. Fry.**
Summit C.P. No. CR2005083007. This cause is pending before the court as an appeal from the Court of Common Pleas for Summit County. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is denied.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.